**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DE'SEAN LAMAR BUTTERFIELD<br><br>Plaintiff,<br><br>v.<br><br>CAMBRIDGE SECURITY<br><br>Defendant. | CIVIL ACTION NO.  19-4093 |

## ORDER

AND NOW, this 22nd day of February 2023, upon consideration of Defendant's Motion

to Dismiss [Doc. No. 19] and any responses hereto, it is hereby **ORDERED** that Defendant's

Motion is **GRANTED** and the Complaint of De'Sean Lamar Butterfield is dismissed.

The Clerk of Court is directed to **CLOSE** this case statistically.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

CYNTHIA M. RUFE, J.